In the Matter of the Claim of Mrs. LILLIAN I. HEIMROTH, Appellant, against ELK TRANSPORTATION COMPANY, INC., and SUN INDEMNITY COMPANY OF NEW YORK, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Deceased was a watchman in the plant of the employer. The inferences to be drawn from conditions found there indicate that he was killed in the performance of his duties. Kick, who has pleaded guilty to murder in the second degree, in connection with decedent's death gives evidence upon which the Board have disallowed the claim. That witness, by pleading and admitting that he was guilty of murder in the second degree, disputes and repudiates the testimony appearing in the record and makes it unworthy of belief. The decision should be reversed and the matter remitted to the State Industrial Board. Decision reversed and the matter remitted to the State Industrial Board. Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ., concur.

In the Matter of the Claim of NICOLA PETTINATO, Respondent, against THE CITY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for permanent partial disability between May 1, 1938, and January 9, 1939. Loss of earning capacity is fixed at twenty dollars per week. Claimant's disability arose from the inhalation of carbon tetrachloride fumes while washing stencils with a solution of that chemical. The evidence sustains the finding of permanent partial disability. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.